UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 10234 RGS

WENXIN KARSHIS,
    Plaintiff

vs

RHONDA K. SIMPER,
    Defendant

COMPLAINT
AND JURY DEMAND

MAGISTRATE JUDGE

RECEIPT # 53553
AMOUNT $ 150
SUMMONS ISSUED YES
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 2/3/04

## PARTIES

1. The plaintiff, Wenxin Karshis, resides in Foxboro, Bristol County, Massachusetts.

2. The defendant, Rhonda K. Semper, resides in Riverside, Providence County, Rhode Island.

## JURISDICTION

3. This action is brought pursuant to 28 11 U.S.C. 1332 as it involves a motor vehicle accident between a citizen of Massachusetts and a citizen of Rhode Island. The matter in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand ($75,000.00).

## COUNT I

4. Plaintiff hereby repeats and incorporates by reference paragraphs 1 through 3 of this Complaint.

5. On November 2, 2002, the Plaintiff, Wenxin Karshis, was the operator of a motor vehicle on Frontage Road in South Boston, Massachusetts.

6. At the same time, the Defendant, Rhonda K. Simper, was the operator of a 2002 Ford Escort, RI Registration No. BNJ 3113, on Frontage Road in South Boston, Massachusetts.

7. The Defendant, Rhonda K. Simper, negligently operated said motor vehicle and caused it to collide with the Plaintiff's vehicle

8.  As a result thereof, Plaintiff, Wenxin Karshis, sustained serious injury, suffered great pain of body and mind, and was forced to incur expenses for medical care and attention.

**WHEREFORE,** the Plaintiff, Wenxin Karshis, demands judgment against Defendant, Rhonda K. Simper, in the amount of her damages, plus interest and costs.

## JURY DEMAND

The Plaintiff demands a trial by jury on all issues so triable.

    Respectfully submitted,
    The Plaintiff
    By her attorneys

    _/s/ Sal J. Germani_
    Sal J. Germani, Esquire
    BBO #547991
    Germani & Germani, P.C.
    50 Union Street
    P. O. Box 2178
    Attleboro, MA  02703
    (508) 222-5858