# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WENXIN KARSHIS,<br>　　　　Plaintiff | )<br>)<br>) | CIVIL ACTION NO. 04-10234 RGS |
| vs | )<br>)<br>) | |
| RHONDA K. SIMPER,<br>　　　　Defendant | )<br>) | |

## JOINT STATEMENT
## PURSUANT TO LR 16.1

The parties to the above-captioned action hereby submit the following proposed pre-trial schedule:

1.  All discovery, including interrogatories, requests for production of documents, requests for admissions and depositions (excluding expert depositions), shall be completed on or before November 21, 2004.

2.  The Plaintiff, Wenxin Karshis, shall be examined by an Independent Medical Doctor on or before November 21, 2004.

3.  The parties shall supplement their expert interrogatories and file their expert disclosures pursuant to F.R.C.P. 26(a)(2)(B) on or before ninety (90) days before trial.

4.  All expert depositions shall be completed within thirty (30) days prior to trial.

5.  Any and all dispositive motions shall be filed on or before sixty (60) days prior to trial.

See attached Certifications relative to LR 16.1(D)(3).

Respectfully submitted,

*[signature]*

Sal J. Germani, Esquire
BBO #547991
Germani & Germani, P.C.
50 Union Street, P. O. Box 2178
Attleboro, MA   02703
(508) 222-5858
(508) 222-9906 Fax

Respectfully submitted,

*[signature]*

Gerard R. Laurence, Esquire
BBO #288220
Milton, Laurence & Dixon
100 Front Street, Suite 1510
Worcester, MA   01608
(508) 791-6386
(508) 799-4879 Fax

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WENXIN KARSHIS

VS                              CIVIL ACTION NO. 04-10234-RGS

RHONDA K. SIMPER

CERTIFICATION
L.R. 16.1 (D) (3)

We certify that Allstate Insurance Company, Insurer of Rhonda K. Simper, and its counsel at Milton, Laurence and Dixon have conferred to establish a budget for the full litigation of the above captioned matter, as well as a budget for the various alternatives.

Further, Allstate Insurance Company, Insurer of Rhonda K. Simper, and its counsel have discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR or trial.

Respectfully submitted,
Rhonda K. Simper
By her attorneys,

On behalf of the Defendant,
Allstate Insurance Company,
Insurer of Rhonda K. Simper

BY: _____

/Gerard R. Laurence, Esquire
Milton, Laurence & Dixon
100 Front Street, Suite 1510
Worcester, MA 01608
508-891-6386
BBO # 288220

RECEIVED
ALLSTATE INSURANCE
CT CASUALTY MCO
MAR 2 5 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WENXIN KARSHIS,  )
       Plaintiff  )
  )  C. A. NO. 04-10234-RGS
  )
vs  )
RHONDA K. SIMPER,  )
       Defendant  )

## CERTIFICATION
### LR 16.1(D)(3)

I certify that Wenxin Karshis, Plaintiff, and her counsel, Sal J. Germani, Esquire, have conferred to establish a budget for the full litigation of the above captioned matter, as well as a budget for the various alternatives.

Further, Wenxin Karshis, Plaintiff, and her counsel have discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR or trial.

Respectfully submitted,
The Plaintiff
By her Attorney

*Sal J. Germani*
Sal J. Germani, Esq.
BBO #547991
Germani & Germani, P.C.
50 Union Street
P. O. Box 2178
Attleboro, MA   02703