UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WENXIN KARSHIS

        V.                        CIVIL ACTION NO. 04-10234-RGS

RHONDA K. SIMPER

ORDER SETTING CASE FOR TRIAL

STEARNS, DJ.                                          SEPTEMBER 20, 2005

THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON

TUESDAY, JANUARY 17, 2006 AT 9:00 A.M. IN COURTROOM #21, 7TH FLOOR, JOHN JOSEPH

MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

ON OR BEFORE JANUARY 10, 2006, COUNSEL SHALL FILE THE FOLLOWING MATERIALS WITH THE COURT:

       1. Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;
       2. A list of prospective witnesses, including names, city or town of residence, or business institutional address;
       3. An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a precise statement of any objections thereto;
       4. A "Joint List of Exhibits" as to which there is NO objection, IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS, regardless of which party is the proponent of an exhibit (such exhibits are deemed ADMITTED and need NOT be independently offered at trial;
       5. A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS, regardless of which party is the proponent of an exhibit;
       6. Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;
       7. A TRIAL MEMORANDUM addressing those items as to which there are foreseeable disputes concerning issues of law;
       8. An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;
       9. In cases to be tried by a jury:
              A. REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;
              B. ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
              C. ANY PROPOSED QUESTIONS FOR THE VOIR DIRE

    EXAMINATION;
    D.  A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING
    THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES
    TO BE READ TO THE VENIRE DURING EMPANELMENT.

  10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict.  This policy is <u>strictly enforced by the Court</u> as there is no space at the Courthouse to store exhibits after a trial has ended.  Exhibits not reclaimed by counsel will be discarded.

COUNSEL ARE CAUTIONED THAT FAILURE TO COMPLY <u>FULLY</u> WITH THIS ORDER WILL RESULT IN SANCTIONS TO BE IMPOSED BY THE COURT.  TARDINESS IN THE FILING OF THESE TRIAL DOCUMENTS WILL <u>NOT</u> BE TOLERATED.

  SO ORDERED.

           RICHARD G. STEARNS
           UNITED STATES DISTRICT JUDGE

     BY:

         /s/  Mary  H. Johnson
          Deputy Clerk

DATED AT BOSTON:  9-20-05


NOTE TO COUNSEL:    IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-9162.