UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WENXIN KARSHIS
    Plaintiff

        v.                      CIVIL ACTION NO. 04-10234-RGS

RHONDA SEMPER
    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

STEARNS, DJ.                                            DECEMBER 30, 2005

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION

HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND

WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE

THIS ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

    SO ORDERED.

                                  RICHARD G. STEARNS
                                  UNITED STATES DISTRICT JUDGE

                BY:

                    /s/ Mary H. Johnson
                      Deputy Clerk

DATED: 12-30-05