UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WENXIN KARSHIS

VS                             CIVIL ACTION NO. 04-10234-RGS

RHONDA K. SIMPER

STIPULATION OF DISMISSAL
WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provisions of Mass. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice.

Notice Under Rule 77 and all rights of appeal are hereby waived.

/s/ Sal J. Germani_____
Attorney for Plaintiff
Sal J. Germani, Esquire
Germani & Germani, P.C.
50 Union Street
P. O. Box 2178
Attleboro, MA 02703
508-222-5858
BBO # 547991

/s/ Gerard R. Laurence_____
Attorney for Defendant
Gerard R. Laurence, Esquire
Milton, Laurence & Dixon
100 Front Street, Suite 1510
Worcester, MA  01608
508-791-6386
BBO # 288220